UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DENNIS HUNT, individually and on behalf of himself and others similarly situated, </br></br>　　　　　Plaintiff, </br></br>v. </br></br>DELORME ENTERPRISES, INC., a Tennessee corporation, and ROBERT DELORME, individually, </br></br>　　　　　Defendants. | No. 3:19-CV-00191-JRG-HBG |

## ORDER

This matter is before the Court on the Joint Motion for Approval of Settlement and Entry of Order of Dismissal with Prejudice [Doc. 14] and Settlement Agreement and Release [Doc. 14-1]. The motion is **GRANTED**, and the Settlement Agreement and Release is **APPROVED**. By agreement of the parties, this action is hereby **DISMISSED with prejudice**.

So ordered.

ENTER:

　　　　　　　　　　　　　　　　　s/J. RONNIE GREER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE